UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 24-CR-50081 |
| Plaintiff, | |
| v. | DEFENDANT'S CONSENT TO WAIVER OF TIME LIMITS |
| CHARLES MAUDE and HEATHER MAUDE, | |
| Defendants. | |

I, Heather Maude, a Defendant herein, request a continuance of the trial.

I have been advised of my constitutional and statutory right to a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. 3161 *et seq*.

I have reviewed the motion to continue trial setting and related pretrial deadlines with my attorney, Justin L. Bell, and I do consent and agree to a postponement of the trial and request at least a 90-day continuance from the January 28, 2025, trial setting. I understand that this continuance is necessary in order for my counsel to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

I hereby waive the period of time allowed by this continuance for purposes of calculating the Speedy Trial deadline. This consent is being made by me freely, voluntarily, and with full knowledge of the consequences of this Motion to Continue.

Dated this 3 day of January, 2025.

*Heather Maude*
Heather Maude, Defendant