UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES MAUDE, and<br>HEATHER MAUDE,<br><br>　　　　　Defendants. | 5:24-CR-50081-CCT<br><br><br>**ORDER DISMISSING INDICTMENT** |

Upon motion of the United States and good cause appearing, it is

ORDERED that the indictment filed in the above-entitled matter is dismissed without prejudice; it is further

ORDERED that Defendant Charles Maude is exonerated from the provisions of the order setting conditions of release (Docket 19); it is further

ORDERED that Defendant Heather Maude is exonerated from the provisions of the order setting conditions of release (Docket 20).

Dated April 28, 2025.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　/s/ *Camela C. Theeler*
　　　　　　　　　　　　　　　CAMELA C. THEELER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE